CARR, J., DISSENTING.
 

 {¶14} I respectfully dissent. " '[M]anifest weight of the evidence' refers to a greater amount of credible evidence and relates to persuasion[.]"
 
 Eastley v. Volkman
 
 ,
 
 132 Ohio St.3d 328
 
 ,
 
 2012-Ohio-2179
 
 ,
 
 972 N.E.2d 517
 
 , ¶ 19. In this case, I believe that the weight of the evidence supports
 the conclusion that Blueberry Barn exists primarily as an event venue. Despite testifying regarding his personal vision for how the vinting, storing, and selling of wine at the facility would work, Blueberry Barn's sole member was unable to produce a written business plan or receipts detailing wine sales at the facility. There is little evidence in the record that Blueberry Barn has actually undertaken the endeavor of vinting and selling its own wine. Instead, Blueberry Barn serves mainly as a rental facility for social gatherings, with any viticulture-related activities being peripheral to its primary existence as an event venue. Accordingly, I would conclude that Blueberry Barn has not demonstrated that its building or structure is used primarily for vinting and selling wine under R.C. 519.21(A) and, therefore, does not qualify for the viticulture exception. I would sustain Litchfield's assignment of error and reverse.